Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRI PURSER,<br>Plaintiff,<br><br>v.<br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | 3:15-CV-00606-AA<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,380 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,511.70 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __27__ day of __February__, 2017.

_____
Ann Aiken
United States District Court Judge